**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 17 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AARON JOSEPH BISHOP,

Plaintiff-Appellant,

v.

SIJI THOMAS, Nurse Practitioner at
Corizon Health; et al.,

Defendants-Appellees.

No. 20-17461

D.C. No. 2:19-cv-01757-JAT

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted November 8, 2021**

Before:      CANBY, TASHIMA, and MILLER, Circuit Judges.

Arizona state prisoner Aaron Joseph Bishop appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs.  We have jurisdiction under

28 U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056

---

   \*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

   \*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Bishop failed to raise a genuine dispute of material fact as to whether defendant Thomas was deliberately indifferent in the treatment of Bishop's knee pain.  *See id*. at 1057-60 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**